FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 14, 2017

SEAN F. McAVOY, CLERK

# United States District Court
### for the
## Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | )     Case No.    2:17-mj-00260-JTR |
| | ) |
| MIREYA HERNANDEZ | ) |
| | ) |
| | ) |

## CRIMINAL COMPLAINT

I, Jennifer Banks, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about date unknown but no later than on or about September 16, 2014, and continuing until on or about June 14, 2017, in the county of Spokane, in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| *21 U.S.C. § 846* | *Conspiracy to Distribute Cocaine and 500 Grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine* |

This complaint is based on these facts:

☑ Continued on the attached sheet.

 

_____
*Complainant's signature*

_____
*Jennifer Banks, Special Agent, FBI*

☒ Sworn to telephonically and signed electronically this 14th day of June 2017.

_____
*Judge's signature*

City and state:    <u>Spokane, Washington</u>

_____
*John T. Rodgers, United States Magistrate Judge*