PENALTY SLIP

DEFENDANT NAME:   **MIREYA HERNANDEZ**

TOTAL NO. COUNTS:   1

VIO:  **21 U.S.C. § 846**
**Conspiracy to Distribute Cocaine and 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine**

PENALTY:  **CAG not less than 10 years nor more than life;**
**and/or $10,000,000 fine;**
**not less than 5 years nor more than life supervised release;**
**a $100 special penalty assessment; and**
**denial of certain federal benefits pursuant to**
**21 U.S.C. §§ 862 and 862a**

CASE NO. _____

AUSA INITIAL   STJ _____