FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 14, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

MIREYA HERNANDEZ,

          Defendant.

Case No.: **2:17-mj-00260-JTR**

Order Granting Motion To Seal the Criminal Complaint, Affidavit, and its Attachments and the Motion and Order to Seal

IT IS HEREBY ORDERED that the Criminal Complaint, Attachments, Motion and Order to Seal, and Affidavit to the Complaint are sealed, pursuant to Federal Criminal Procedure Rule 41.1(d), until further order of the Court or until the Defendant's arrest, whichever comes first.

DATED this __14th__ day of June, 2017.

_____
John T. Rodgers
United States Magistrate Judge

Order Granting Motion To Seal the Criminal Complaint, Affidavit, and its Attachments and the Motion and Order to Seal